THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | | |
|---|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>SPARKING LIFE, LLC, AND DONELLE CLOUGH,<br><br>Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:23-cv-179-RSJ |

**ORDER ENTERING A CERTIFICATE OF DEFAULT AS TO RESPONDENTS**

Petitioner, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Secretary"), has applied to this Court for the Clerk's Entry of a Certificate of Default as to both Respondents. Both Respondents were served with the Summons (ECF Nos. 2, 3) and Petition (ECF No. 1) by a registered process server on March 19, 2023 (ECF Nos. 4, 5). Respondents had 21 days to file responsive pleadings pursuant to FED. R. CIV. P 12(a)(1)(A)(i). They have failed to do so, and an entry of default is therefore appropriate under FED. R. CIV. P 55(a). Upon review and consideration of the matters set forth in Petitioner's Motion for Entry of a Certificate of Default (ECF No. 6):

IT IS HEREBY ORDERED that a Certificate of Default is entered as to Respondent Sparking Life, LLC; and

1

IT IS FURTHER ORDERED that a Certificate of Default is entered as to Respondent Donelle Clough.

Dated: 24th day of April, 2023.

GARY P. SERDAR, CLERK OF COURT:

_____

Case 2:23-cv-00179-RJS   Document 7   Filed 04/24/23   PageID.58   Page 3 of 3