IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>　　　　　Petitioner,<br><br>v.<br><br>SPARKING LIFE, LLC, and DONELLE CLOUGH,<br><br>　　　　　Respondents. | **DEFAULT JUDGMENT**<br><br>Case No. 2:23-cv-00179-RJS<br><br>Chief District Judge Robert J. Shelby |

　　　　Petitioner Julie A. Su, Acting Secretary of Labor, United States Department of Labor, applied for an Order requiring Respondents Sparking Life, LLC and Donelle Clough to comply with the subpoenas *duces tecum* issued by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor, and then duly served upon Respondents.[1]  Respondents have failed to plead or otherwise defend in this action, the Clerk of Court has entered a Certificate of Default,[2] and Petitioner has moved for default judgment pursuant to Federal Rule of Civil Procedure 55(b) and Local Rule 55-1(b)(2).[3]

　　　　Upon Petitioner's application and the attached affidavits and exhibits, the court hereby ORDERS judgment in favor of Petitioner as follows:

---

[1] *See* Dkt. 1, *Petition to Enforce Administrative Subpoena*.

[2] Dkt. 7, *Clerk's Entry of Default Certificate*.

[3] Dkt. 9, *Motion for Default Judgment*.

IT IS ORDERED that, within seven (7) days of this Order, Respondents comply with the subpoena *duces tecum* issued to them by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor.

IT IS FURTHER ORDERED that the applicable statute of limitations under the Fair Labor Standards Act be tolled from February 16, 2023, the date Respondents should have produced the subpoenaed information, until such time as Respondents have fully complied with the Wage and Hour Division's subpoena.

IT IS FURTHER ORDERED that Petitioner shall forthwith serve copies of this Default Judgment on Respondents at their residence or place of business to a person of competent age and discretion.

IT IS FURTHER ORDERED that Petitioner shall file a Certificate of Service through CM/ECF once service of this Default Judgment on Respondents is complete.

This is a final judgment entered by the court in accordance with Federal Rule of Civil Procedure 55(b)(2). The Clerk of Court is directed to close the case.

SO ORDERED this 31st day of May, 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge