IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>SPARKING LIFE, LLC, and DONELLE CLOUGH,<br><br>Respondents. | **STIPULATED ORDER**<br><br>Case No. 2:23-cv-00179-RJS<br><br>Chief District Judge Robert J. Shelby |

Before the court is the parties' Joint Motion for Entry of Stipulated Order,[1] in which the parties request the court enter a Stipulated Order to resolve this action. For good cause shown, the Motion is GRANTED.

The court ORDERS the following terms:

1. Petitioner's overtime compensation computations in the sum of $97,258.47 due to seventeen (17) of Respondents' employees is the minimum amount owed for overtime compensation to such employees for the referenced time period for which the wages were computed.

2. Respondents may not refute or challenge the minimum amount owed to the employees at the conclusion of the Secretary's investigation or thereafter (including in any FLSA action brought by Petitioner) unless Respondents provide Petitioner with bona fide documents that establish the hours worked and wage payments information requested in

---

[1] Dkt. 28.

    the subpoena to substitute for wage and hour computations that Petitioner reconstructed from incomplete records provided by Respondent.

3. This Order does not preclude Respondents from negotiating a final resolution of the Petitioner's findings from the investigation or act as a waiver of other defenses Respondents may have should Petitioner bring a FLSA action alleging violations during the subject time period referenced in the Motion.

4. The applicable statute of limitations under the FLSA is tolled from February 16, 2023, the date Respondents should have produced the subpoenaed information, through the date of this Order.

The court further requires the Department of Labor to serve this Order on counsel for Respondents.

SO ORDERED this 29th day of January 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge